CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, ORLANDO GARCIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIANG LIET HONG, in individual and representative capacity as trustee of Giang Liet Hong and Suong Thi Trinh Family Trust of 1989 under the provisions of a Trust Agreement dated February 21, 1989; SUONG THI TRINH, in individual and representative capacity as trustee of Giang Liet Hong and Suong Thi Trinh Family Trust of 1989 under the provisions of a Trust Agreement dated February 21, 1989; PQT, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-07336-RSWL-PD<br><br>**NOTICE OF SETTLEMENT** |

　　The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

　　　　　　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

Dated: September 23, 2020　　　/s/ Amanda Seabock
　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorney for Plaintiff