1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
5  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
7  Attorneys for Plaintiff

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA

10 | ORLANDO GARCIA,                          | **Case:** 2:20-cv-07336-RSWL-PD
11 |     Plaintiff,                           |
12 |   v.                                     | **Plaintiff's Notice of Voluntary Dismissal With Prejudice**
13 | GIANG LIET HONG, in individual           |
14 | and representative capacity as trustee of Giang Liet Hong and | **Fed. R. Civ. P. 41(a)(1)(A)(i)**
15 | Suong Thi Trinh Family Trust of 1989 under the provisions of a Trust |
16 | Agreement dated February 21, 1989; SUONG THI TRINH, in |
17 | individual and representative capacity as trustee of Giang Liet |
18 | Hong and Suong Thi Trinh Family Trust of 1989 under the provisions |
19 | of a Trust Agreement dated February 21, 1989; PQT, INC., a California |
20 | Corporation; and Does 1-10,              |
21 |     Defendants.                          |

22      **PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby
23 voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to
24 Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

Defendants Giang Liet Hong; Suong Thi Trinh and PQT, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 14, 2020        CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Seabock
      Amanda Seabock
      Attorneys for Plaintiff